**CRIMINAL CAUSE FOR ARRAIGNMENT :**

BEFORE : ALLYNE R. ROSS, U.S.D.J.      APR.29,2011      TIME:11:30am

CR-11-310

DEFT NAME: Mario Guerrero Leon _____ # _____
   ✓ present ___ not present      ✓ cust.      ___ bail

DEFENSE COUNSEL: Matthew Fishbein
   ✓ present ___ not present  ___ CJA  ___ RET.  ___ LAS

DEFT NAME: _____ # _____
   ___ present ___ not present      ___ cust.      ___ bail

DEFENSE COUNSEL: _____
   ___ present ___ not present  ___ CJA  ___ RET.  ___ LAS

A.U.S.A.: Kristin Mace.         CLERK: D. LASALLE
REPORTER: F. Guerino            OTHER: _____
INT:    (LANG.- Spanish ) / Rosa Oliverio.

✓ CASE CALLED.   ✓ DEFTS FIRST APPEARANCE.
DFT: ___ SWORN   ✓ ARRAIGNED ___ INFORMED OF RIGHTS
     ___ WAIVES TRIAL BEFORE DISTRICT COURT

___ WAIVER OF INDICTMENT EXECUTED FOR DFT(S)_____
___ SUPERSEDING INDICTMENT / INFORMATION FILED.
___ DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.

___ DEFT(S)_____ ENTER **GUILTY PLEA** TO CTS. One
    _____ OF (Superseding) INDICTMENT/INFORMATION.
___ DEFT(S)_____ **WITHDRAWS** NOT GUILTY PLEA AND
    ENTERS **GUILTY PLEA** TO CTS._____ OF THE
    (Superseding) INDICTMENT / INFORMATION.
___ COURT FINDS FACTUAL BASIS FOR THE PLEA.
___ SENTENCING set

✓ DEFT(S)_____ ENTER **NOT GUILTY PLEA.**
___ BAIL ___ SET ___ CONT'D FOR DEFT_____
✓ DEFT(S)_____ CONT'D IN CUSTODY.
___ CASE ADJ'D TO_____ FOR _____
___ JYSELECT SET FOR _____ ___ BY MAG.
✓ TRIAL SET FOR _____
✓ **SPEEDY TRIAL** INFO FOR DEFT(S)_____
   CODE TYPE_____ START 4/29/11 STOP 5/19/11
   ✓ ORDER / ~~WAIVER EXECUTED~~ & FILED. ___ ENT'D ON RECORD.

OTHER:

Next s/c set for 5/19/11 @ 11:00 am