CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: ROSS, U.S.D.J    MAY.19,2011    TIME:11:00am

CR-11-310

DEFT NAME: **Mario Guerrero-Leon**    #
   ✓ present    __ not present    ✓ cust.    __ bail

DEFENSE COUNSEL: Matthew Fishbein
   ✓ present    __ not present    ✓ CJA    __ RET.    __ LAS

A.U.S.A.: Kristin Mace    CLERK: DEL

REPORTER: C. Heading.    OTHER:

INT: (LANG.- Spanish) C. Pascual.

✓   CASE CALLED.    ✓ DEFT APPEARS WITH COUNSEL.
__   DEFT APPEARS WITHOUT COUNSEL.
__   COUNSEL PRESENT WITHOUT DEFT.
__   STATUS CONF/HRG FOR DEFT ADJ'D TO _____.
__   STATUS CONF/HRG FOR DEFT HELD.
__   JURY SELECTION SET FOR _____
__   BEFORE J. ROSS    __ PARTIES CONSENT TO MAGISTRATE.
__   TRIAL SCHEDULED FOR _____.

✓  **SPEEDY TRIAL** INFO FOR DEFT  __ STILL IN EFFECT
✓     CODE TYPE T    START 5/19/11    STOP 6/28/11
    ✓ ORDER / ~~WAIVER EXECUTED~~ & FILED.  __ ENT'D ON RECORD.

__ STATUS CONF/HRG CONT'D TO_____
✓ FURTHER STATUS CONF/~~HRG~~ SET FOR 6/28/11 @ 2:00pm.

DEFT __ SWORN    __ ARRAIGNED  __ INFORMED OF RIGHTS
    __ WAIVES TRIAL BEFORE DISTRICT COURT

__  DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS.__
_____ OF THE (Superseding) INDICTMENT / INFORMATION.
__  COURT FINDS FACTUAL BASIS FOR THE PLEA.
__  SENTENCING TO BE SET BY PROBATION.
OTHER: